Judith A. Weinstock
Maureen Peyton King
United States Securities and Exchange Commission
New York Regional Office
200 Vesey Street, Room 400
New York, NY 10281-1022
212-336-0111 (King)
kingmp@sec.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States Securities and Exchange Commission,<br><br>                                               Plaintiff,<br><br>                    v.<br><br>Walter F. Grenda, Jr.<br><br>                                               Defendant. | 20-cv-_____ |

## APPLICATION TO ENFORCE A COMMISSION ORDER

Plaintiff United States Securities and Exchange Commission (the "Commission") applies

to the Court for a Judgment so that the Commission may enforce its order.  In support of its

Application, the Commission states as follows:

## SUMMARY

1.      The Commission seeks a Judgment pursuant to Section 20(c) of the Securities Act

of 1933 ("Securities Act"), 15 U.S.C. § 77t(c), Section 21(e) of the Securities Exchange Act of

1934 ("Exchange Act"), 15 U.S.C. § 78u(e), and Section 209(d) of the Investment Advisers Act

of 1940 ("Advisers Act"), 15 U.S.C. § 80b-9(d), so that it may enforce compliance by Defendant

Walter F. Grenda ("Grenda") with the Commission's order entered against him on July 31, 2015

(the "Commission Order").  On December 10, 2014, the Commission instituted proceedings

against Grenda (the "OIP"). The Commission's Order found Grenda liable for violations of the federal securities laws and, *inter alia*, imposed monetary sanctions. The Commission's OIP and Order are attached to the Declaration of Maureen Peyton King in support of this Application ("King Decl.") ¶¶ 3, 4 and Exhibits 1 and 2.

2.      Among other things, the Commission's Order directs Grenda to disgorge $25,000, plus prejudgment interest of $2,410.91, and to pay a civil money penalty in the amount of $50,000 to the Commission. King Decl. ¶¶ 6, 4 at Exhibit 2. As of October 8, 2019, Grenda owes $4,474.97 plus accruing interest. King Decl. ¶ 7.

## PARTIES

3.      **The Commission** is an agency of the United States Government. The Commission's principal office is located at 100 F Street, NE, Washington, DC 20549. The Commission's New York Regional Office is located at 200 Vesey Street, Room 400, New York, New York 10281-1022.

4.      **Grenda**, age 62, is a resident of Buffalo, New York. Grenda co-founded and was Managing Partner at Reliance Financial, an investment adviser registered with the Commission. King Decl. Exhibit 1.

## JURISDICTION AND VENUE

5.      This Court has subject matter jurisdiction of this Application under Section 20(c) of the Securities Act, 15 U.S.C. § 77t(c), Section 21(e) of the Exchange Act, 15 U.S.C. § 78u(e), and Section 209(d) of the Advisers Act, 15 U.S.C. § 80b-9(d).

6.      Venue lies in the Western District of New York pursuant to Section 22 of the Securities Act, 15 U.S.C. § 77(v), Section 27 of the Exchange Act, 15 U.S.C. § 78aa, and Section 214 of the Advisers Act, 15 U.S.C. § 80b-14, as certain of the transactions, acts, practices, and

courses of business constituting the violations that gave rise to this action occurred within this District. Grenda also resides in the Western District of New York.

## RELEVANT FACTS

### A. The Commission's Action

7.     As set forth more fully in the Commission's OIP, Grenda made (or used) false and misleading statements to advisory clients in recommending and selling investments in a hedge fund. *See* King Decl. ¶ 3 Exhibit 1.

8.     Accordingly, the Commission found that Grenda violated Section 17(a) of the Securities Act, 15 U.S.C. § 77q, Section 10(b) of the Exchange Act, 15 U.S.C. § 78j, Exchange Act Rule 10b-5, § 240.10b-5, and Advisers Act Sections 206(1) and (2), 15 U.S.C. §§ 80b-6(1) and (2), and willfully aided and abetted and caused these violations and violations of Advisers Act Section 206(4), § 80b-6(4), and Rule 206(4)-8 thereunder § 275.206(4)-8. King Decl. ¶ 4 Exhibit 2.

9.     As of October 8, 2019, Grenda owes $4,474.97 plus accruing interest. King Decl. ¶ 7.

## CLAIM FOR RELIEF

10.     Paragraphs 1 through 9, inclusive, are incorporated by reference as if fully set forth herein.

11.     The Commission brings this action seeking an order against Grenda requiring that he comply with the Commission Order, which directs him to pay the monetary sanctions still owed.

12.     To obtain judicial enforcement of its orders issued pursuant to the Securities Act and the Exchange Act, the Commission must bring proceedings pursuant to the applicable

sections of the securities laws, here, Section 20(c) of the Securities Act, Section 21(e) of the

Exchange Act and Section 209(d) of the Advisers Act.

13.    Section 20(c) of the Securities Act, 15 U.S.C. § 77t(c), provides:

Upon application of the Commission, the district courts of the United States and
the United States Courts of any Territory shall have jurisdiction to issue writs of
mandamus commanding any person to comply with the provisions of this
subchapter or any order of the Commission made in pursuance thereof.

14.    Section 21(e) of the Exchange Act, 15 U.S.C. § 78u(e)(1), provides, in part:

Upon application of the Commission the district courts of the United States and
the United States courts of any territory or other place subject to the jurisdiction
of the United States shall have jurisdiction to issue writs of mandamus,
injunctions, and orders commanding (1) any person to comply with the provisions
of this chapter, the rules, regulations, and orders thereunder....

15.    Section 209(d) of the Advisers Act, 15 U.S.C. § 80b-9(d), provides, in part:

Whenever it shall appear to the Commission that any person has engaged, is
engaging, or is about to engage in any act or practice constituting a violation of
any...order hereunder,...it may...bring an action in the proper district court of the
United States...to enforce compliance with this title or any rule, regulation, or
order hereunder[.]

16.    Proceedings under these provisions are ordinarily commenced by an order to

show cause. *See e.g., SEC v. Gerasimowicz*, 9 F. Supp.3d 378 (S.D.N.Y. March 25, 2014); *SEC

v. Coronati*, 2016 WL 6462261 (E.D.N.Y. Nov. 1, 2016) (initiated with an Order To Show

Cause). These proceedings are summary in nature. *SEC v. Vindman*, 2007 WL 1074941 at *1

(S.D.N.Y. April 5, 2007).

WHEREFORE, the Commission respectfully requests:

**I.**

That this Court enter an order, pursuant to Section 20(c) of the Securities Act, 15 U.S.C.

§ 77t(c), Section 21(e) of the Exchange Act, 15 U.S.C. § 78u(e), and Section 209(d) of the

Advisers Act, 15 U.S.C. § 80b-9(d), commanding Grenda to pay to the Commission $4,474.97

plus accruing interest.  King Decl. ¶ 7.

## II.

That the Court enter such other and further orders as may be necessary for enforcement

of any order of this Court and permitted by Rule 69 of the Federal Rules of Civil Procedure and

the Federal Debt Collection Procedures Act.

## III.

That the Court retain jurisdiction as appropriate to assure and effect compliance with the

orders entered herein.

## IV.

That the Court order such other and further relief as may be just and proper.

Dated:        New York, New York
              February 24, 2020

                                        s/ *Maureen Peyton King*

                                        Maureen Peyton King
Of Counsel:                             Attorney for Plaintiff
Judith A. Weinstock                     Securities and Exchange Commission
                                        New York Regional Office
                                        200 Vesey Street, Suite 400
                                        New York, NY 10281-1022
                                        Tel.: 212-336-0111 (King)
                                        E-mail: kingmp@sec.gov